By: Jon J. Auritt, Esquire
Attorney ID No. 10273
LAW OFFICES OF JON J. AURITT
130 E. State Street
Media, Pennsylvania 19063
(610) 565-7530                                                                      Attorney for Plaintiff,
(610) 565-9503 (fax)                                                                      Michael Kopec

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL KOPEC                              :
      Plaintiff,                            :     No. 02-CV-430
                                           :
v.                                         :
                                           :
OFFICER TYRONE TATE,                       :
      Defendant                             :

## SCHEDULE OF PLAINTFF'S EXHIBITS

1. Photograph of fencing in the area where Plaintiff and his now wife went on to Sherry Lake Pond.

2. Same as above, but from a wider view.

3. Same as above, but from a still wider view.

4. Citation received by Plaintiff.

5. Citation received by Pamela Smith (now Kopec).

                                  Respectfully submitted,

                                  JJA3958
                                  JON J. AURITT